H. Deady (John A. Deady, of counsel), for respondent. No opinion. Appeal dismissed. See 34 N. Y. Supp. 460.

FITZGIBBONS v. NATIONAL STEAMSHIP CO. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Margaret Fitzgibbons against the National Steamship Company. No opinion. Motion denied, upon payment of $10 costs. See 37 N. Y. Supp. 1145.

FITZGIBBONS v. NATIONAL STEAMSHIP CO., Limited. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by Margaret Fitzgibbons, administratrix, etc., against the National Steamship Company. Limited. No opinion. Motion granted, with $10 costs. See 37 N. Y. Supp. 1145.

FLEET, Respondent, v. CRONIN, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Irene A. Fleet against Helen M. Cronin, as executrix. I. N. Williams, for appellant. L. A. Gould, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FLOYD, Appellant, v. FLOYD, Respondent. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Estelle Floyd, as administratrix, etc., of Wallace J. Floyd, against Elizabeth A. Floyd. No opinion. Judgment affirmed, on opinion of BARTLETT, J., at special term. All concur.

FLYNN, Respondent, v. KINGS COUNTY EL. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1896.) Action by Eleanor Flynn against the Kings County Elevated Railway Company. No opinion. The order as entered correctly states the decision of the court. The motion is denied. See 38 N. Y. Supp. 204.

GALLIGAN et al., Appellants, v. GROTEN, Respondent. (City Court of New York, General Term. April 27, 1896.) Action by James J. Galligan and others against Rodger C. Groten. T. E. Murray, for appellants. Rabe & Keller, for respondent.

FITZSIMONS, J. There is not a single fact alleged in the affidavits upon which the attachment herein was granted that shows that the defendant was about to assign, dispose of, or secrete his property with the intent to hinder, delay, and defraud his creditors (the ground upon which the same was issued). The attachment was therefore rightfully vacated, and the order appealed from must be affirmed, with costs.

GOLDSMITH, Respondent, v. COOK, Appellant. (Common Pleas of New York City and County, General Term. November, 1895.) Action by Isaac Goldsmith against Valentine E. N. Cook. Smith Tuttle, for appellant. Robert Greenthal, for respondent. No opinion. Appeal dismissed.

GRANITE STATE PROVIDENT ASS'N, Appellant, v. DORFMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by the Granite State Provident Association against Waldemar Dorfman and others. F. Carpenter, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

GRANT v. CHITTENDEN. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by Hugh J. Grant, as receiver, against Horace H. Chittenden. No opinion. Motion granted, with $10 costs.

GRANT v. CHITTENDEN. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Hugh J. Grant, receiver, against Horace H. Chittenden. No opinion. Motion granted, with $10 costs. See 32 N. Y. Supp. 1029.

In re HALE. (Supreme Court, Appellate Division, First Department. April 17, 1896.) In the matter of Joseph P. Hale. No opinion. Motion denied.

HALSTEAD v. HALSTEAD. (Supreme Court, Appellate Division, First Department. March 20, 1896.) Action by Charles S. Halstead against Sarah B. Halstead. No opinion. Motion denied, with $10 costs. See 26 N. Y. Supp. 758; 27 N. Y. Supp. 408; 32 N. Y. Supp. 1080; and 37 N. Y. Supp. 1145.

HEGEMAN et al., Respondents, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Peter A. Hegeman and others against the Metropolitan Elevated Railway Company and others. F. Allis, for appellants. C. P. Cowles, for respondents. No opinion. Judgment affirmed, with costs.

HEROLD, Respondent, v. FLEMING, Appellant. (City Court of New York, General Term. April 27, 1896.) Action by George Herold against John Fleming. Richards & Brown, for appellant. F. P. Hummel, for respondent.

PER CURIAM. Judgment affirmed, with costs.

HIRSCH, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Theresa Hirsch, as executrix, against the Metropolitan Elevated Railway Company and others. F. Allis, for appellants. C. P. Cowles, for respondent. No opinion. Judgment modified by reducing fee damages to $1,000, and rental damages to $1,250, and, as modified, affirmed, without costs.

HOES, Appellant, v. HUME, Respondent. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by William M. Hoes, as public administrator, etc., against Thomas Hume. J. W. Boothby, for appellant. R. E. Deyo, for respondent.